[No. 59676-4-I. Division One. June 2, 2008.]

DAVID NORDQUIST ET AL., *Appellants*, v. LUMBERMENS MUTUAL CASUALTY COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-35210-8, Paris K. Kallas, J., entered February 16, 2007. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler, C.J., and Agid, J.

[No. 59757-4-I. Division One. June 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. S.E.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-8-04969-3, Ann E. Danieli, J. Pro Tem., entered March 22, 2007. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler, C.J., and Agid, J.

[No. 59854-6-I. Division One. June 2, 2008.]

SUSAN W. PETERSON, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-2-01493-4, Charles R. Snyder, J., entered March 23, 2007. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Becker, J.

[No. 59946-1-I. Division One. June 2, 2008.]

CORNELIUS NICHOLSON ET AL., *Respondents*, v. ORTHODONTIC CENTERS OF WASHINGTON, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-33958-6, Andrea A. Darvas, J., entered March 28, 2007. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Grosse and Agid, JJ.